# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CHURCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. NAFTZGER,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00596-AWI-JLT (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM, TO APPEAR BY VIDEO CONFERENCE, JACK CHURCH, CDCR# AF-8463<br><br>DATE: FRIDAY, FEBRUARY 22, 2019<br>TIME: 1:30 P.M. |

Jack Church, CDCR # AF-8463, a necessary and material witness in a settlement conference in this case on February 22, 2019, is confined in Sierra Conservation Center (SCC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by video conference, before Magistrate Judge Jennifer L. Thurston at the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on Friday, February 22, 2019 at 1:30 p.m.

### ACCORDINGLY, THE COURT ORDERS:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM
To: Warden, SCC, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:

**WE COMMAND** you to produce the inmate named above, by video conference, to testify before Judge Thurston at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated: 　**December 6, 2018**　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE